1048

[No. 63002-4-I.   Division One.   December 28, 2009.]

WILLIAM BUTERBAUGH, *Appellant*, v. CHARLES BOBO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-31375-1, Jay V. White, J., entered February 9, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Cox, J.

[No. 63852-1-I.   Division One.   December 28, 2009.]

*In the Matter of the Guardianship of* BERNADYNE E. JACOBY.

RANDAL JACOBY, *Petitioner*, v. INGRID CAMERON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-4-00227-9, Kitty-Ann van Doorninck, J., entered August 15, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Lau, J.

[No. 37133-2-II.   Division Two.   December 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICAH DANIEL TAVAI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04244-3, Katherine M. Stolz and Linda CJ Lee, JJ., entered December 14, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 37649-1-II.   Division Two.   December 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY LOREN BECK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00768-4, Stephen M. Warning, J., entered April 16, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.